**Todd M. JACK, MS, PhD, Trustee, Plaintiff–Appellant,**

v.

**President Cutler DAWSON, Defendant–Appellee.**

No. 09–1628.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 20, 2010.

Decided: Feb. 3, 2010.

Todd M. Jack, Appellant Pro Se.

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd M. Jack appeals the district court's order dismissing this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jack v. Dawson,* No. 5:09–cv–00032–gec, 2009 WL 1451644 (W.D.Va. May 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*